**Electronically Filed**
**Supreme Court**
**SCWC-13-0000415**
**15-SEP-2015**
**02:25 PM**

SCWC-13-0000415

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JAMES K. LIBERO,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000415; CR. NO. 98-0697)

ORDER
(By: Pollack, J.)

Upon consideration of Petitioner/Petitioner-Appellant James K. Libero's Objection to the Order Rejecting Application for Writ of Certiorari, filed August 17, 2015; Petitioner's Reply to the Oral Argument August 17, 2015, filed August 28, 2015; and the record herein, it appears that Petitioner asks this court to reconsider its Order Rejecting Application for Writ of Certiorari, filed August 6, 2015. However, pursuant to the Hawaiʻi Rules of Appellate Procedure Rule 40.1(h), the rejection of an application for writ of certiorari is final and shall not be subject to a motion for reconsideration in the supreme court.

Accordingly, Petitioner's August 17, 2015 Objection and Petitioner's August 28, 2015 Reply are hereby dismissed.

DATED:  Honolulu, Hawai'i, September 15, 2015.

/s/ Richard W. Pollack

Associate Justice



2